# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| TEMMIE GENE CROW | § § | |
| | § | Civil Action No. 4:16-CV-545 |
| v. | § | |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM ADOPTING INITIAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation (Dkt. #26) concluding that Movant's motion for final judgment (Dkt. #23) should be denied. The Report and Recommendation, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Movant's motion for final judgment (Dkt. #23) is **DENIED**.

SIGNED this 17th day of October, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE