# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TEMMIE GENE CROW | § § | |
| v. | § § | Civil Action No. 4:16-CV-545 |
| DIRECTOR, TDCJ-CID | § § § | |

## MEMORANDUM ADOPTING SECOND REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation (Dkt. #40) concluding that Petitioner's "Original Motion for Summary Judgment Under Federal Rules of Civil Procedure Rule 56" (Dkt. #36) should be denied. The Report and Recommendation, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Petitioner's "Original Motion for Summary Judgment Under Federal Rules of Civil Procedure Rule 56" (Dkt. #36) is **DENIED**.

**SIGNED this 7th day of May, 2018.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE